Case: 1:25-cv-05337 Document #: 1 Filed: 05/14/25 Page 1 of 8 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |
|---|---|
| Plaintiff Prince Ducker ) <br> ) <br> v. ) <br> ) <br> Defendant Village Of Phoenix Police Department ) | United States District Court <br> Northern District of Illinois <br><br> 1:25-cv-05337 <br> Judge Manish S. Shah <br> Magistrate Judge Maria Valdez <br> Cat 2 Random Assignment |

**COMPLAINT**

RECEIVED

MAY 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prince Ducker
14040 School Apt.1E
Riverdale, IL 60827
(773) 913-7032

Date: [Leave Blank to Fill] May 14, 2025

Clerk of the Court
United States District Court
Northern District of Illinois
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

RE: Civil Rights Complaint Filing – Prince Ducker v. Village of Phoenix Police Department

Dear Clerk of the Court,

Please find enclosed my federal civil rights complaint and supporting documents, which I request be accepted for filing under 42 U.S.C. § 1983. I am filing pro se and include the following materials:
- Civil Complaint
- Motion to File
- Motion to Proceed In Forma Pauperis
- Business Loss Explanation (LushImperial LLC)
- Bodycam Evidence (Exhibit A)

Thank you for your attention and assistance.

Respectfully,
Prince Ducker

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Prince Ducker,
Plaintiff,
v.
Village of Phoenix Police Department, and Unknown Officers,
Defendants.                                              Case No.: _____

## MOTION TO FILE CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

NOW COMES Plaintiff, Prince Ducker, pro se, and respectfully moves the Court to file the attached Complaint under 42 U.S.C. § 1983 for violations of his constitutional rights. Plaintiff alleges officers caused a head-on crash, denied care for a fractured hip, left him in jail untreated, and falsely claimed they were not driving.

Plaintiff suffered permanent injuries, loss of his business (LushImperial LLC), and emotional trauma.
He seeks relief as stated in the Complaint.

Respectfully submitted,

Prince Ducker
14040 School Apt.1E
Riverdale, IL 60827
(773) 913-7032
Plaintiff, appearing pro se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Prince Ducker,

Plaintiff,

v.

Village of Phoenix Police Department, and Unknown Officers,

Defendants.  Case No.: _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

NOW COMES the Plaintiff, Prince Ducker, appearing pro se, and alleges the following:

1. Plaintiff is a resident of Cook County, Illinois.
2. Defendants are employed by or affiliated with the Village of Phoenix Police Department and were acting under color of state law at all relevant times.
3. On October 15, 2023, Plaintiff was involved in a motor vehicle collision on a busy two-way street when a police vehicle operated by the Phoenix Police Department entered the wrong lane, driving against oncoming traffic.
4. This caused a head-on collision with Plaintiff's vehicle. Despite this, the officers falsely claimed their vehicle was parked and denied involvement in the crash.
5. Plaintiff has since identified the officer assigned to the vehicle involved and intends to amend this complaint to include the officer by name. Said officer falsely denied being the driver despite clear evidence to the contrary.
6. Plaintiff suffered a fractured acetabulum (hip socket), a severely lacerated and broken finger requiring stitches, and long-term pelvic pain and impairment. The acetabulum injury is a lifetime injury, permanently affecting Plaintiff's mobility and quality of life.
7. At the hospital, Plaintiff received stitches for his finger but was denied a medical evaluation for his fractured hip.
8. Despite his visible pain and inability to walk, Plaintiff was coerced into signing a medical discharge and was physically carried by officers without a wheelchair to jail.
9. Once placed in a holding cell, Plaintiff remained in agonizing pain without medical attention, unable to stand or move properly, and was left untreated for hours while suffering from his fractured hip.
10. The entire chain of events—including police neglect, forced discharge, and unlawful transport—was recorded on surveillance video and is supported by medical records, police reports, and police bodycam footage.
11. As a direct consequence of his injuries, Plaintiff—owner of LushImperial LLC—was rendered bedridden and unable to operate his fashion retail store, which was located in a commercial mall space. Due to this incapacity, Plaintiff was forced to shut down his store, resulting in substantial business losses, halted operations, and long-term financial harm.

This conduct constituted deliberate indifference to medical needs, excessive force, false testimony, and a violation of Plaintiff's Fourth and Fourteenth Amendment rights under the U.S. Constitution.

WHEREFORE, Plaintiff respectfully prays that this Court:

A. Award compensatory damages in excess of $1,000,000 for permanent physical injury, emotional and financial loss;
B. Award punitive damages against the individual officers for willful misconduct;
C. Award attorney's fees under 42 U.S.C. § 1988;
D. Grant such other relief as the Court deems just and proper.

Respectfully submitted,
Prince Ducker
14040 School Apt.1E, Riverdale, IL 60827
(773) 913-7032
Plaintiff, appearing pro se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I, Prince Ducker, declare that I am the plaintiff in this case and that I am unable to pay the costs of these proceedings. I request permission to proceed without prepayment of fees or costs under 28 U.S.C. § 1915.

1. I am currently unemployed and not earning wages.
2. I do not have significant savings or assets.
3. I receive no other forms of income such as benefits, retirement, or support.
4. I am responsible for my own living expenses and recovering from permanent injury.

I declare under penalty of perjury that the information above is true and correct.

Executed on: May 14, 2025 (Date)

Signature of Applicant: _____
Printed Name: Prince Ducker
Address: 14040 School Apt.1E
Riverdale, IL 60827
Phone: (773) 913-7032

# EXHIBIT A

Bodycam Still from Police Officer — October 15, 2023, 01:22:05

The annotated and unedited images below clearly show the police SUV in the wrong lane driving toward oncoming traffic. This contradicts officers' statements that their vehicle was parked at the time of the crash, and supports Plaintiff's claim that a head-on collision was caused by the officer's actions.

Thes





*Filed by Prince Ducker in support of civil complaint – Northern District of Illinois*

 1 Ingalls Dr.
HARVEY IL 60426

Case: 1:25-cv-05337 Document #: 1 Filed: 05/14/25 Page 7 of 8 PageID #:7

Ducker, Prince
MRN: 4599874, DOB: 2/18/1988, Legal Sex: M
Acct #: 4000420457
Adm: 10/17/2023, D/C: 10/18/2023

## 10/17/2023 - ED in Ingalls Memorial Emergency: records until 10/17/2023 (continued)

### ED Provider Note (continued)

0111 Rechecked pt, resting comfortably and feeling better. Pt updated on ED results. Pt is to f/u with PCP and RTER for any new or worsening Sxs. Pt understands and agrees to Tx plan. All questions were answered. [RK]

**ED Course User Index**
[NP] Nina D Pinjala, M.D.
[RK] Reda Kubilius, A.P.N.[NP.3T]


MDM[NP.1M]

**Differential Diagnosis:**

**Assessment/Plan:**[NP.1T] **Pelvic fracture**[NP.3M]
Final diagnoses:
**None**[NP.1T]


Electronically signed by Nisha Patel, P.A. at 10/24/2023 11:08 AM
Electronically signed by Nina D Pinjala, M.D. at 11/8/2023 12:40 PM

#### Attribution Key
NP.1 - Nisha Patel, P.A. on 10/17/2023 9:24 PM
NP.2 - Nisha Patel, P.A. on 10/17/2023 9:31 PM
NP.3 - Nisha Patel, P.A. on 10/24/2023 11:08 AM
M - Manual, T - Template

### ED Notes

#### ED Triage Notes by Avery Kueck, R.N. at 10/17/2023 1850

| | | |
|---|---|---|
| Author: Avery Kueck, R.N. | Service: — | Author Type: Registered Nurse |
| Filed: 10/17/2023 6:52 PM | Date of Service: 10/17/2023 6:50 PM | Creation Time: 10/17/2023 6:50 PM |
| Status: Signed | Editor: Avery Kueck, R.N. (Registered Nurse) | |

Presents to ED with complaint of right groin/pelvic pain x Sunday.
States evaluated in this ED on Sunday after motor vehicle collision.
States restrained driver.
States airbag deployment.
Sutures to right ring finger noted.
States unable to bear weight on right lower extremity.
Airway patent.
Respirations even, nonlabored.[AK.1M]

Electronically signed by Avery Kueck, R.N. at 10/17/2023 6:52 PM

#### Attribution Key
AK.1 - Avery Kueck, R.N. on 10/17/2023 6:50 PM
M - Manual



UChicago Medicine
Ingalls Memorial

1 Ingalls Dr.
HARVEY IL 60426

Ducker, Prince
MRN: 4599874, DOB: 2/18/1988, Legal Sex: M
Acct #: 4000420457
Adm: 10/17/2023, D/C: 10/18/2023

## 10/17/2023 - ED in Ingalls Memorial Emergency: records until 10/17/2023 (continued)

### ED Provider Note (continued)

Status: Attested     Editor: Nisha Patel, P.A. (Physician Assistant)
Cosigner: Nina D Pinjala, M.D. at 11/8/2023 12:40 PM
Attestation signed by Nina D Pinjala, M.D. at 11/8/2023 12:40 PM

I was available for consult in real time but was not asked to participate in the care of this patient nor was I asked to assist in management. The APN/APP functioned independently in this patient's care according to their scope of practice.

**Clinical Impression**
1. Closed nondisplaced fracture of right acetabulum, unspecified portion of acetabulum, initial encounter (CMS/HCC)

### Reason for Visit

### Chief Complaint
Patient presents with
- Pelvic Injury
- Finger Injury
- Motor Vehicle Crash

### History of Present Illness[NP.1T]
Pt presents for eval of R hip/upper leg pain x 2 days. States he was involved in MVC on 10/15/23, pt states he was restrained driver, no airbag deployment, no head injury/LOC. Pt ambulatory on scene. However states over the past two days pain to R hip/upper leg has progressed and he is no longer able to bear wear. Denies weakness, numbness, and all other complaints.[NP.1M]

**Pelvic Injury**
Pertinent negatives include no chest pain, no abdominal pain, no headaches and no shortness of breath.[NP.1T]
**Finger Injury**[NP.1M]
Pertinent negatives include no chest pain, no abdominal pain, no headaches and no shortness of breath.[NP.1T]
**Motor Vehicle Crash**[NP.1M]
Associated symptoms: **no abdominal pain, no back pain, no chest pain, no dizziness, no headaches, no nausea, no neck pain, no numbness** and **no shortness of breath**

### Past Medical History
History reviewed. No pertinent past medical history.

### Past Surgical History
History reviewed. No pertinent surgical history.

Ducker, Prince
MRN: 4599874